JS 45 (4/24) Electronic Version

# Criminal Case Cover Sheet – U.S. District Court

**Place of Offense:**

City: Madison

County/Parrish: Dane

**Related Case Information:** 25    CR    130    WMC

Superseding _____ Docket Number

Same Defendant _____ New Defendant _____

Magistrate Judge Case Number _____

Search Warrant Case Number _____

R20 / R40 from the District of

U.S. DISTRICT COURT
WESTERN DISTRICT OF WISCONSIN
DEC 1 0 2025
FILED/REC'D
CLERK OF COURT

**Defendant information:**

Matter to be Sealed    Yes    ✓ No

Def. Name: Christopher Perrote

Alias Name:

City/State:

Year of Birth: 1986      Last 4 digits of SSN _____

Sex: Male      Race: White

**U.S. Attorney Information:**

AUSA: COREY C. STEPHAN      Bar #: _____

Interpreter:    No    Yes    List language and/or dialect: _____

**Location Status:**

Arrest Date: _____

✓ Already in Federal Custody as of: _____ in Stanley Correctional

Already in State Custody

On Pretrial Release

**U.S.C. Citations:**

Total # of Counts: 3    ☐ Petty    ☐ Misdemeanor    ✓ Felony

☐ Class A

☐ Class B

☐ Class C

| | Index Key/Code | Description of Offense Charged | Counts(s) |
|---|---|---|---|
| Set 1 | 18 U.S.C. § 922(g)(1) | Felon in Possession of Firearm and/or Ammunition | 1 |
| Set 2 | 26 U.S.C. § 5845(a)(7) | Possession of Silencer | 2 |
| Set 3 | 18 U.S.C. § 922(g)(1) | Felon in Possession of Firearm and/or Ammunition | 3 |
| Set 4 | | | |
| Set 5 | | | |
| Set 6 | | | |

Date: 12/10/2025      Signature of AUSA /s/ COREY C. STEPHAN