IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

*U.S. DISTRICT COURT WESTERN DISTRICT OF WISCONSIN  DEC 10 2025  FILED/REC'D CLERK OF COURT*

| | |
|---|---|
| UNITED STATES OF AMERICA | INDICTMENT |
| v. | Case No. 25 CR 130 WMC |
| CHRISTOPHER PERROTE, | 18 U.S.C. § 922(g)(1) |
| | 26 U.S.C. § 5845(a)(7) |
| | 18 U.S.C. § 924(d)(1) |
| Defendant. | 28 U.S.C. § 2461(c) |

THE GRAND JURY CHARGES:

## COUNT 1

On or about August 27, 2024, in the Western District of Wisconsin, the defendant,

CHRISTOPHER PERROTE,

knowing he had previously been convicted of an offense punishable by a term of imprisonment exceeding one year, knowingly and unlawfully possessed in or affecting commerce ammunition located at a residence on Lindbergh St., Madison, said ammunition having previously traveled in and affected interstate commerce.

(In violation of Title 18, United States Code, Section 922(g)(1)).

## COUNT 2

On or about August 27, 2024, in the Western District of Wisconsin, the defendant,

CHRISTOPHER PERROTE,

knowing possessed firearms located at a residence on Lindbergh St., Madison, specifically, silencers made from a cylindrical device, front and rear endcaps, baffles, and expansion chambers, and the defendant knew that the firearms were silencers, and

the firearms were not registered to him in the National Firearms Registration and Transfer Record.

(In violation of Title 26, United States Code, Sections 5845(a)(7) and 5861(d)).

## COUNT 3

On or about August 27, 2024, in the Western District of Wisconsin, the defendant,

CHRISTOPHER PERROTE,

knowing he had previously been convicted of an offense punishable by a term of imprisonment exceeding one year, knowingly and unlawfully possessed in or affecting commerce ammunition located in storage unit E111 at 2602 Shopko Dr., Madison, said ammunition having previously traveled in and affected interstate commerce.

(In violation of Title 18, United States Code, Section 922(g)(1)).

## FORFEITURE ALLEGATIONS

1. Upon conviction of the offense in violation of Title 18, United States Code, Section 922(g)(1) set forth in Counts 1 and 3 of this indictment, the defendant,

CHRISTOPHER PERROTE,

shall forfeit to the United States pursuant to Title 18, United States Code, Section 924(d)(1) and Title 28, United States Code, Section 2461(c), any firearms and ammunition involved in the commission of the offense, including, but not limited to: various ammunition.

2. Upon conviction of the offenses in violation of Title 26, United States Code, Sections 5845(a)(7) and 5861(d) set forth in Count 2 of this indictment, the defendant,

CHRISTOPHER PERROTE,

shall forfeit to the United States pursuant to Title 18, United States Code, Section 924(d)(1) and Title 28, United States Code, Section 2461(c), any firearms and ammunition involved in the commission of the offense, including, but not limited to: two silencers.

A TRUE BILL

_____
PRESIDING JUROR

Indictment returned: 12/10/25

_____
CHADWICK M. ELGERSMA
Acting United States Attorney