# WARRANT OF ARREST

| **United States District Court** | **DISTRICT** WESTERN DISTRICT OF WISCONSIN |
|---|---|
| United States of America<br><br>v.<br><br>Christopher Perrote<br><br>Defendant. | **DOCKET NO.** 25 CR    **MAGISTRATE JUDGE CASE NO.** 130 WMC <br><br>**NAME AND ADDRESS OF INDIVIDUAL TO BE ARRESTED:**<br>Christopher Perrote<br>Stanley Correctional Institution |

Warrant Issued on the Basis of:

✓ Indictment    ☐ Order of Court    ☐ Information    ☐ Complaint

TO: Any Authorized Law Enforcement Officer.

| District of Arrest: | City: |
|---|---|

**YOU ARE HEREBY COMMANDED** to arrest the above-named person and bring that person before the United States District Court to answer to the charge(s) listed below.

## DESCRIPTION OF CHARGES

Felon in Possession of Firearm and/or Ammunition; Possession of Silencer

IN VIOLATION OF TITLE: 18 U.S.C. Section(s) 922(g)(1) and 26 U.S.C. § 5845(a)(7)

Bail: DETENTION REQUESTED BY THE UNITED STATES ATTORNEY'S OFFICE

Other Conditions of Release:

| Ordered By: Federal Judge/Magistrate Judge<br>Anita Marie Boor | Date Order: |
|---|---|
| Clerk of Court: (By) Deputy Clerk<br>s/ N. Nelson, Deputy Clerk | Date Issued: 12/10/2025 |

## RETURN

This Warrant was received and executed with the arrest of the above-named person.

| Date Received: | Date Executed: |
|---|---|
| Name and Title of Arresting Officer: | Signature of Arresting Officer: |