IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

UNITED STATES OF AMERICA,

v.

CHRISTOPHER PERROTE,

Defendant.

Case No. 25-cr-130-wmc

TO THE UNITED STATES MARSHAL FOR THE WESTERN DISTRICT OF WISCONSIN, WARDEN, OR ANY OTHER PERSON HAVING LAWFUL CUSTODY OF THE ABOVE-NAMED DEFENDANT.

G R E E T I N G S:

WE COMMAND YOU, that you have the body of

Christopher Perrote,

now detained in Stanley Correctional Institution, under safe and secure conduct at Room 460, United States Courthouse, 120 North Henry Street, Madison, Wisconsin 53703, commencing December 16, 2025, at 1:00 P.M, for the purpose of Initial Appearance/Arraignment and for any other proceedings scheduled by the court herein.

WITNESS, the Honorable United States Magistrate Judge for the Western District of Wisconsin, at Madison, Wisconsin, Western District of Wisconsin, on this 11th day of December, 2025.

JOEL TURNER, Clerk
United States District Court
Western District of Wisconsin

By    s/ N. Nelson, Deputy Clerk

_____
Clerk