UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WISCONSIN

UNITED STATES OF AMERICA,

*Plaintiff,*

vs.                                                          Case No. 25-cr-130-wmc

CHRISTOPHER PERROTE,

*Defendant*.

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that Christopher Perrote, the defendant in the above-

captioned matter, is represented by:

> Jonathan Greenberg
> Federal Defender Services of Wisconsin, Inc.
> 22 East Mifflin Street, Suite 1000
> Madison, Wisconsin 53703
> Telephone:    [608] 260-9900
> Facsimile:    [608] 260-9901

Dated at Madison, Wisconsin, this 12th day of December, 2025.

> Respectfully submitted,
> Christopher Perrote, Defendant
>
> */s/Jonathan Greenberg*
> Jonathan Greenberg

FEDERAL DEFENDER SERVICES
 OF WISCONSIN, INC.
22 East Mifflin Street, Suite 1000
Madison, Wisconsin 53703
Tel: 608-260-9900
Fax: 608-260-9901
Jonathan_greenberg@fd.org