IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

UNITED STATES OF AMERICA

    v.                                                                   Case No. 25-cr-130-wmc

CHRISTOPHER PERROTE,

        Defendant.

## GOVERNMENT'S DETENTION MEMORANDUM

Defendant Christopher Perrote is both a danger to the community and a flight risk. While on state supervision for felony second degree recklessly endangering safety, Perrote amassed a large quantity of firearms, thousands of rounds of ammunition, firearm silencers, and firearms parts. Further, in recent journal entries, Perrote threatens a state prosecutor, advocates for violence, and plans to flee from prosecution.

**1. Legal Framework**

Christopher Perrote was indicted on two counts of being a felon in possession of ammunition and one count of possession of silencers. (R. 2). Because the charged offenses involve the possession of firearms, the Court shall hold a detention hearing upon the motion of the government. 18 U.S.C. § 3142(f)(1)(E).

The government moves to detain Perrote pending trial because Perrote is both a risk of flight and poses a danger to the community.

## 2. Felony Conviction

In Dane County Circuit Court case number 2021CF2187, Perrote was convicted of Second Degree Recklessly Endangering Safety, a felony, and was placed on probation for a period of 30 months. On December 3, 2024, probation was revoked, and he was sentenced to 16 months in prison.

The criminal complaint in that case alleged that on August 21, 2021, Perrote got intoxicated and was making statements that were concerning. The complainant had been involved in a relationship with Perrote and said that he was making statements to the effect of "Everybody of all races should die." She became upset and scared and, when she attempted to talk with Perrote, he armed himself with an AR15 that had a round in the chamber. At some point Perrote pointed the AR15 at her and said, "I'm going to kill this fucking cat." Perrote then pointed the AR15 at the cat that was walking through the kitchen and fired a round, missing the cat. Perrote then pointed the AR15 back toward the complainant and said, "If you call the cops, I will kill you." The complainant took her cat and left the residence.

Over the next two weeks the complainant texted with Perrote, and she was very concerned about the messages he was sending. An officer observed the following texts:

- I have asked you [sic] elders and mine to pray for your death, and your daughter;
- I'm ready to shoot up this music festival to get attention for this cuz, I'm done being deliberately ignored by people I'm helping; and
- May Thunkasila kill you where you stand.

2

On September 4, 2021, Perrote found out where the complainant was living and drove past saying "I love you, I love you" in a mocking manner.

The complainant said that Perrote was a severe alcoholic with mental health issues. When he drinks, he makes statements about killing her and killing her friends. She said that the defendant was very dangerous and has a fascination with firearms. She believed that Perrote had many firearms at his residence and had talked of making bombs. She said that Perrote was very paranoid and if anyone drove past the residence he would pick up a gun and look around.

During the investigation in that case a large number of firearms were recovered from Perrote's residence.

3. **Facts**

On August 27, 2024, law enforcement officers served a search warrant on Perrote's Madison residence. Inside they found large quantities of firearms parts, thousands of rounds of ammunition, several complete AR15 upper receivers, 3D printers, numerous privately made firearms (PMF), boxes from firearms supply companies addressed to Perrote, two homemade silencers, and numerous parts to make additional PMFs.

On November 4, 2025, law enforcement officers served a search warrant on a storage unit in Madison that was rented to Perrote. Inside of that storage unit were more assembled PMFs, firearms parts, and ammunition.

3

### 4. Journal Entries

While Perrote was serving his prison sentence in 21CF2187, prison staff recently conducted a random search of his cell and seized a journal. This journal was turned over to law enforcement because of threats made by Perrote to the Assistant District Attorney prosecuting the state case involving the conduct in the above facts. Relevant entries from the journal are as follows:

*November 10th, 2025*
- *The best deal the state prosecutor, [redacted] (kill his family) is prepared to offer me is to consolidate all of the gun + body armor charges down to one count of each with a guarantee of prison time.*
- *… and prevent the state <u>or</u> the Feds from bringing the Felon In Possession Charges against me. Not only can I live with the Providing Material Support 2339B charges, they'll never succeed in bringing a case there against me, and if they did I could flee the country and live very well in exile as a hero, or die here in America as a martyr, killed for helping starving civilians survive….*
- *… and if the Feds bring those charges I'll never go home or see my family again as a free man anyway.*
- *I can live proudly in exile as a "terrorist sympathizer and supporter" who refused to stand by and do nothing in the face of a genocide.*
- *As far as I'm concerned my life is already over and I'm dead, I just want a chance to say goodbye to my family and settle my affairs; not an approach a soft, weak, lazy white girl like [redacted name of attorney] can understand. All I need is to get out of prison long enough to pack up my shit, sell my house, and grab my pets and seeds and I'm gone from this place forever. If I can have my stuff shipped to someplace from which it can be safely forwarded to me, then great, if not, fuck it; it's only material stuff which can all be replaced. As long as I'm free and alive, there's hope and a future, just not here in America anymore. The main thing will be to secure my money as cryptocurrency so it's portable and cannot be frozen and confiscated by the State Department to keep me from escaping. And then I'm gone, like a bad dream in the morning,*

*November 11th, 2025*
- *I hope I win the [f]ucking lottery after this, because God knows I need the money to beat these charges; maybe I [c]an bribe my way out of prison and the new charges!*

*November 12, 2025*

- *Now I just have to get this lawyer bitch to listen, to investigate the evidence, and to actually help me get free; or at least to get the fuck out of my way and stop opposing me and arguing against me at every turn. I'm about ready to strangle her if she tells me another lie about how she reviewed the fucking DISCOVERY material, again, and didn't find anything I can use on appeal! No shit you stupid bitch!*

*November 15th, 2025*

- *Now the countdown begins in earnest, tomorrow is the beginning of the end of the time I will spend in prison, no matter what happens I'm not going back to prison. There are only 3 paths forward for me from here: victory in court and the restoration of my rights and freedom and property, exile from this land and its corrupt and tyrannical government to live free somewhere else in this big world, or death in battle trying to destroy and overthrow the settler-colonial entity. But I reject utterly the option of surrender and a slow death rotting in a cage, instead I choose to live free or fucking die under the holy sky.*

*November 16th, 2025*

- *Today was a decent day for prison, all things considered, I got in a 2 mile walk, 300 calf raises, 150 squads, did my Release Paperwork, got some good reading and writing done and refined my next letter to [redacted name of attorney]. I didn't get my letter to [redacted name of attorney]mailed, but that's because I made a conscious choice to focus on my Release stuff and really tried to knock it out of the park. Since that's what my stupid bitch PO [redacted name of probation officer] will read, I wanted to lay out something positive and impressive. The truth is though, that I do intend to do as much of what I wrote as possible. In terms of education, volunteering, and personal goals I could far worse than following the plan I laid out for the next 4 years. I did not put down personal goals like getting jump certified, obtaining a pilot's license on small fixed wing aircraft and helicopters, my climbing goals, or my gunsmithing and blacksmithing goals; and I obviously didn't mention my sex and anti-settler colonial goals.*

*November 17th, 2025*

- *There's so much to do after prison: cleaning, repairing, and renovating the house; school, volunteering, and working out; training at the* climbing *gym, packing up my stuff, learning about crypto and preparing for Operation Exodus;*

*November 20th, 2025*

- *all that I want and have ever dreamed is beyond these walls, life and love, family and purpose, and I will have them back or die trying.*

*November 21st, 2025*

- *Today was a rough starter, woke up at 6 am for laundry, then had a 9:30 am call with my bitch, PO, [redacted name of probation officer], who is just as much of a petty incompetent cunt as ever before. Bitch imposed a GPS monitoring rule on me in retaliation for her fucking up and not adequately supervising me on probation, to such a degree that I was able to amass an "arsenal" of pocket knives, which were in the house the entire time. Frankly the entire process and all the associated pretensions of seriousness and security theater are ridiculous and offensive to me. I can build a 9mm machine gun out of plumbing pipes and hardware store parts; with little more than a trip to Best Buy, Home Depot, and a well equipped hardware store I can have a silenced sub-machine gun and you assholes are worried about some fucking pocket knives. If I had wanted to kill people and blow stuff up I would have done so already. For fuck's sake, Tri-Nitro-Toluene is an easy explosive to manufacture, requiring relatively common chemicals (nitric acid, toluene, distilled water) and a low threshold investment in equipment; it's low level inorganic chemistry, with some dynamic results. Only a little more difficult is making Nitroglycerin, then Compound B; the point is I'm not even a dangerous guy, every day I'm surrounded by pedophiles, rapists, and murderers, and these fucking people act like I'm some kind of super criminal. This whole nonsense experience has only served to strengthen my determination and resolve to keep doing what I intended all along: to tear down and destroy settler colonialism to what degree I can and foment civil war in America; or, to continue helping indigenous people resist European imperialism here and abroad. Really what I want is to kill these new charges by moving to suppress the evidence, and then get my original felony overturned, and sue everyone who slandered me before putting that vile cunt [name redacted] in prison. Then I'll get my felony expunged, and once I'm clear to do so legally, go back to building guns, growing weed, and making kink toys and furniture while educating about and helping spread radical decolonial liberation and social and sexual empowerment. But the first step to all this rabble rousing, gun-toting, free-love, pot grower stuff is to get the fuck out of prison and go to rehab. And if I cannot get rid of these new charges, then I'm gone with all my money as cryptocurrency and I'm in the wind. Who knows, calling me a jew-hating terrorist and destroying my life may actually force me to go on the run to Africa or the Middle East and join a terrorist group so I can stay free. The fucking irony of the situation is not lost on me, and I'll kill this bitch before I go if that's what I have to do. Fuck it, I'll kill them all and burn the state to the ground.*

*November 22nd, 2025*

- *In all honesty, I don't think I'll even have time to get in trouble, between my house, working out, school, music, work, art, activism, and preparing for Operation Exodus, I'll barely have time for cooking meals or video games, let alone time to sit around in a smokey haze or in a drunken fog.*

- Among other things, I want her to see if the bail reduction hearing can be moved up to 12/1/25, and to see if the guns seized in 2021 can be released from evidence to my Mom while I'm away at rehab. Since they have to give them back now, I'll ask Mom to put them in all into storage in a series of duffel bags, and after I win my appeal I'll take custody of them again.
- I'll ask her to get the books from the list I sent, as well as Arabic for Dummies and the Anarchist Cookbook,

November 23rd, 2025
- I want to get back home and start preparing and staging my life and possessions for Operation Exodus. Kerensky put in an enormous amount of work and planning into pulling off such a dramatic and daring exit stage left. I need to clean, pack up, repair and renovate my house, organize my stuff, write thank you letters and notes, get laid several times, tell [redacted] I'm sorry and thank her for the time we had, then make out my will and make arrangements. Preparing for your own end of life is such a trip, it's a totally weird feeling planning my own funeral, thankfully I only have to do [i]t once. If I die, I die, everyone does at some point, the fact that this isn't forever is what makes it beautiful and special; seasons like sunset are magical because they don't last. Perhaps soon Christopher Llewellyn Slaughter Perrote will be gone, and perhaps not.

November 24th, 2025
- This is my fucking life and that lawyer-bitch has lost her fucking mind if she thinks that I'll just lie down at the Enemy's feet. Better to go out in a blaze of glory and take as many of them into death with me as possible. Good thing I still have some power tools in the work shop, now I'll just need some chemicals for the laboratory, and some parts to build my doomsday devices. Deflagrate them harder Daddy Death Desperado! I've always liked fireworks.
- Now I just really *just* need two things from Mom, to get me signed up for insurance, and to get the $100,000 for my bail raised and ready.

November 25th, 2025
- What a day, what a dreadful and fearsome day. The FBI and police rated my Mom's house today, searching for electronics – laptop, phones, etc. – related to case #24-CF-2383; things they should have seized in the 2024 raid on my house, but for some reason did not. Anyway, these fuckers went to my poor mother's home, put her in a car and the dog in the backyard and then took the electronics, before searching the house as well for anything else they just might find and use against me in the future; which immediately makes me think of the letters I sent her containing legal strategies and the details of Operation Exodus, which may now be compromised. That would really suck and I'd be fucked to the N$^{th}$ degree if that turns out to be the case. Fortunately I only really gave the broad conceptual outline of Exodus, not any actual details of the plan itself or what routes I plan to take. A pointed and terrifying reminder of the importance of

- *maintaining operational security, when crucial strategic information and secrets are leaked it's deadly.*
- *I'll send her a letter advising her to carefully check over all the other letters I sent to see if any of them were moved or are missing, and then to destroy the one containing conceptual outlines and a rough plan for Operation Exodus. Better to be safe than sorry, at least as much as possible. For now. I'll just have to wait and see if flight risks are brought up at the bail hearing, then I'll know that my backup plans have been compromised and I'm fucked. Perhaps the Enemy needs a reminder that you don't push a man to the limit with no way out unless you want to find out how hard he can fight when he has nothing left to lose.*

*December 1st, 2025*
- *From here on out it's Live Free or Fucking Die, …*
- *There's so much to do for Operation Exodus and so little time to do it in, I'll be hard pressed to be [r]eady for Zero Hour by March*

*December 5th, 2025*
- *and prepare for my emergency contingency plan: Operation Exodus,*

*December 6th, 2025*
- *I'll need to access my Gmail account in order to use my Amazon Prime account (or Amazon at all) and also to get into my Tiktok accounts, though I may be best served just opening new everything on social media, that way the Feds cannot track my activity as quickly and easily.*

*December 9th, 2025*
- *Today I learned that on 11/4/25 the cops and feds raided my storage unit and took all the parts and kits and whatever else contained there. That was a real gut punch at first, but then I realized this was done <u>before</u> my last status conference on 11/6/25, and Judge Hyland <u>still</u> granted my sentence Modification, and there's still a chance he'll grant my bail reduction.*
- *I have to be careful of what I say and what I write, it's true, and to that end I've taken the precaution of destroying all of my journal entries – I'll likely do the same with this one – and I'll instruct Mom to burn the letters I sent her and my journal entries from Dane County Jail, just in case.*
- *Fuck that, I'll take it to trial and stay out of prison for as long as I can, long enough to execute Operation Exodus and live free elsewhere.*

### 5. Risk of Flight and Dangerousness

Perrote's 2021 case is extremely concerning. But the danger that he poses is magnified by the fact that he has amassed yet another arsenal of homemade guns, silencers, and ammunition while on state supervision.

The discovery and seizure of the arsenal in his house on August 27, 2024, and Perrote's subsequent revocation and prison sentence, were not enough to deter him from planning future crimes. Even while in prison Perrote plans to hide his true intentions from the court and supervising probation agents and return to the same conduct when he is released.

Perrote wants to beat the criminal cases against him, but if he cannot do that he will "Live Free or Fucking Die." He also has a contingency plan which he refers to as "Operation Exodus." Perrote writes that he will convert his assets to cryptocurrency and flee.

Perrote is a ticking timebomb, and if he is released to the community poses a grave danger to citizens and law enforcement. He has also stated that he has detailed plans to flee to avoid prosecution vowing never to return to prison. The investigation has revealed that he has substantial assets that would assist in flight or amassing more weapons.

**6. Conclusion**

For these reasons, the government moves that Perrote be detained pending trial as he is both a significant flight risk and poses a danger to the community.

Dated this 15th day of December 2025.

    Respectfully submitted,

    CHADWICK M. ELGERSMA
    Acting United States Attorney

    By: /s/ _____
    COREY C. STEPHAN
    Assistant United States Attorney