# COURTROOM MINUTES
## ARRAIGNMENT/PLEA HEARING

DATE: 12/16/25          DAY: Tuesday          START TIME: 1:00 PM          END TIME: 1:09 PM

JUDGE/MAG.: AMB          CLERK: JAT          REPORTER: FTR

PROBATION OFFICER: R. Plender          INTERPRETER: ---          SWORN: YES ☐ NO ☐

CASE NUMBER: 25-cr-130-wmc-1          CASE NAME: USA v. Christopher Perrote

**APPEARANCES:**

ASST. U.S. ATTY.: Corey Stephan          DEFENDANT ATTY.: Jonathan Greenberg

DEFENDANT PRESENT: YES ☒   NO ☐

**OFFENSE INFORMATION:**

MAXIMUM PENALTY: CT(S) 1&3/ 2 ; 15/ 10 YR(S) IMPRISONMENT; $ 250,000/ 10,000 FINE;

3 YEAR(S) SUPERVISED RELEASE; $ 100 SPECIAL ASSESSMENT; ☐ RESTITUTION.

DEFENDANT AGE: _____ ☐ INDICTMENT/INFORMATION READ   ☒ DEFENDANT WAIVES READING

**PLEA:**

☐ GUILTY                    ☐ DEFENDANT SWORN

☒ NOT GUILTY                ☐ PLEA ACCEPTED AS KNOWING AND VOLUNTARY

☐ NO CONTEST                ☐ DEFT. ADJUDGED GUILTY BY COURT

☐ MUTE

**TRIAL SCHEDULE:**

JURY SEL./TRIAL: _____          TRIAL ESTIMATE: _____ DAYS

PTMH/EVID. HRG.: _____          MOTIONS DUE: _____

FPTC: _____                     FPTC SUBMISSIONS: _____

FINAL HEARING: _____

**SENTENCING SCHEDULE:**

PRESENTENCE REPORT DUE: _____          OBJECTIONS DUE: _____

SENTENCING : _____ at _____

**RELEASE/DETENTION:**

☐ ORDER SETTING CONDITIONS OF RELEASE ENTERED/AFFIRMED.

☐ DEFENDANT DETAINED PENDING TRIAL/SENTENCING.

☒ DEFENDANT TEMPORARILY DETAINED; DETENTION HEARING: ON REQUEST of Retained Counsel

**NOTES:**

Telephone hearing to be scheduled.

TOTAL COURT TIME: 9"