# UNITED STATES DISTRICT COURT

for the

Western District of Wisconsin

| United States of America | ) | |
|---|---|---|
| *Plaintiff* | ) | |
| v. | ) | Case No. 25-cr-130 |
| Christopher Perrote | ) | |
| *Defendant* | ) | |

**APPEARANCE OF COUNSEL**

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Christopher Perrote

Date: 12/19/2025

Electronically signed by Catherine E. White
*Attorney's signature*

Catherine E. White 1093836
*Printed name and bar number*
Hurley Burish, S.C.
33 E. Main Street, Suite 400
Madison, WI 53703

*Address*

cwhite@hurleyburish.com
*E-mail address*

(608) 257-0945
*Telephone number*

*FAX number*