IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

UNITED STATES OF AMERICA,

               Plaintiff,

   v.                                         SCHEDULING ORDER

CHRISTOPHER PERROTE,                        25-cr-130-wmc

               Defendant.

---

At the December 23, 2025 scheduling conference, this court set the following schedule:

1) In response to the defendant's Rule 16 demand, the government has already provided its required disclosures and has a continuing disclosure obligation throughout this case. The government and its agents are ordered to preserve rough notes and similar data compilations for possible disclosure later in this case. Pursuant to Rule 12, the government reports that it intends to use all disclosed evidence in its case-in-chief at trial.

2) Defendant must file and serve any pretrial motions and discovery requests not later than April 1, 2026. Pursuant to 18 U.S.C. § 3161(h)(7), time from the arraignment until the deadline to file pretrial motions is excluded from the speedy trial clock regardless of whether motions are filed. The ends of justice and the Sixth Amendment require that defendant and defense counsel receive adequate time to review the government's disclosures, investigate this case, then make tactical decisions whether to file motions and which motions to file. Briefs need not accompany motions. To obtain an evidentiary hearing on a motion, defendant must ask for it in the caption of each

such motion and must submit admissible facts establishing a prima facie entitlement to the relief requested.  *See U.S. v. Edgeworth*, 889 F.3d 350

3) The pretrial motion hearing and any evidentiary hearing shall be April 15, 2026 at 11:00 a.m.  The court will rule on each motion or set it for briefing in consultation with the parties.  Unless the court is taking evidence on a dispositive motion, defendant may waive his presence.

4) Deadlines to disclose expert witnesses: Government: May 8, 2026

Defendant: May 22, 2026

5) Submissions for the final pretrial conference, namely proposed voir dire questions, jury instructions and motions in limine must be filed and served not later than June 5, 2026.

6) The telephonic final pretrial conference shall be June 9, 2026 at 9:00 a.m. Defendants may waive his presence at the final pretrial conference.

7) The final hearing before the trial judge shall be June 16, 2026 at 2:30 p.m.  Defendants and trial counsel must attend this hearing.

8) Jury selection and trial shall begin June 22, 2026 at 9:00 a.m.  The predicted trial length is three to four days.  The parties are jointly responsible for alerting the clerk of court forthwith if a jury need not be called.

Entered December 23, 2025.

BY THE COURT:

/s/

_____
ANITA MARIE BOOR
Magistrate Judge