IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

UNITED STATES OF AMERICA

      v.                                                 Case No.:  25-cr-00130-wmc

CHRISTOPHER PERROTE,

           DEFENDANT.

**GOVERNMENT'S MOTION FOR EXTENSION OF TIME TO JANUARY 8, 2026 DISCOVERY DISCLOSURE DEADLINE**

The United States of America, by Chadwick M. Elgersma, Acting United States Attorney for the Western District of Wisconsin, by Assistant United States Attorney Corey C. Stephan, files this motion for an extension of time to comply with the Court's discovery disclosure deadline of January 8, 2026.

At the initial appearance in this case, the government was given two discovery disclosure dates due to the complexities of discovery, and ongoing investigation. The Court ordered an initial production of discovery be provided on December 30, 2025. We have complied with that deadline. The second deadline is today.

We have worked to review potential discovery materials in the investigations involving Perrote, and limit disclosure of only those relevant to the gun charges. This week we have received a large amount of materials that are currently in processing for Bates numbering, which is automated and will not be complete today. There are

1

approximately 1300 reports that are being Bates numbered and an additional 25000 emails and attachments that are still processing. We are advised that the earliest these materials will be ready for disclosure will be next week.

The government is respectfully requesting an extension to January 14, 2026, to comply with this second discovery disclosure date. The government notes that investigation, generation of new reports, and correlation of other reports to this case is an ongoing process and will continue to comply with our discovery obligations as this case continues.

Dated: January 8, 2026

                                      Respectfully submitted,

                                      CHADWICK M. ELGERSMA
                                      Acting United States Attorney

                By:            /s/
                                      COREY C. STEPHAN
                                      Assistant United States Attorney