

**U.S. Department of Justice**

**United States Attorney's Office**
**Western District of Wisconsin**

*Telephone 608/264-5158*
*Administrative Facsimile 608/264-5183*
*Civil Division Facsimile 608/264-5724*
*Criminal Division Facsimile 608/264-5054*

*Address:*
*222 West Washington Avenue*
*Suite 700*
*Madison, Wisconsin 53703*

January 12, 2026

Attorney Catherine White
Hurley Burish, S.C.
33 E Main Street
Madison, Wi 53703

Re:  *United States of America v. Christopher Perrote*
Case No:  25-cr-130-wmc

Dear Attorney White:

Discovery is being provided in this case through USAfx, along with an Excel spreadsheet containing a discovery log.  You will receive an email shortly with an invitation to USAfx folder, *Defense Christopher Perrote.* letting you know discovery has been provided through the USAfx system.  Today, we are providing Bates-labeled items from PERROTE_002559 to PERROTE_005859.

If you have any questions regarding this matter, please do not hesitate to contact me at (608) 264-5158.

Very truly yours,

CHADWICK M. ELGERSMA
Acting United States Attorney

By:        /s/
_____
COREY C. STEPHAN
Assistant United States Attorney