

**U.S. Department of Justice**

*United States Attorney's Office*
*Western District of Wisconsin*

*Telephone 608/264-5158*
*Administrative Facsimile 608/264-5183*
*Civil Division Facsimile 608/264-5724*
*Criminal Division Facsimile 608/264-5054*

<u>Address:</u>
222 West Washington Avenue
Suite 700
Madison, Wisconsin 53703

February 23, 2026

<u>**SENT VIA EMAIL**</u>

Attorney Catherine White
Hurley Burish, S.C.
33 E Main Street
Madison, WI 53703

    Re:    *United States of America v. Christopher Perrote*
           Case No:  25-cr-130-wmc

Dear Attorney White:

    Discovery is being provided in this case through USAfx, along with an Excel spreadsheet containing a discovery log.  You and your assistant, Michelle Baisden, will receive an email shortly with an invitation to USAfx folder, *Defense Christopher Perrote.*

    Today, we are providing Bates-labeled items from PERROTE_005860 to PERROTE_178168 and PERROTE_178169 to PERROTE_179629.

    Additionally, PERROTE_178169 is a place holder for the Extraction_Images and PERROTE_178170 is a place holder for the Portable Reports. The Extraction_Images and Portable Reports have been uploaded to the hard drive you provided to our office. The hard drive can be picked up in reception on the 7th floor of the US Attorney's Office during business hours at your convenience.

February 20, 2026
Page 2

    If you have any questions regarding this matter, please do not hesitate to contact me at (608) 264-5158.

                                          Very truly yours,

                                          CHADWICK M. ELGERSMA
                                          United States Attorney

                                          By:        /s/
                                          _____

                                          COREY C. STEPHAN
                                          Assistant United States Attorney